AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kahn, Benjamin A. | United States Bankruptcy Court (MDNC) | 11/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States Bankruptcy Court
101 South Edgeworth Street
Greensboro, North Carolina 27401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | POA | Family Member 1 |
| 2. | POA | Family Member 2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 11/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/09/18 | Matthew Bender - Author fee Collier on Bankruptcy | $1,400.00 |
| 2. 03/22/18 | Matthew Bender - Author fee Collier on Bankruptcy | $2,400.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Wells Fargo - salary |
| 2. 2018 | SunTrust - salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Middle District Bankruptcy Seminar, Inc. | April 12-14, 2018 | Durham, NC | Bankruptcy Seminar | Hotel, mileage, meals |
| 2. | American Bankruptcy Institute | April 20-21, 2018 | Washington, DC | Bankruptcy Seminar | Hotel, travel, meals |
| 3. | North Carolina Bar Foundation Annual Bankruptcy Institute | November 1-2, 2018 | Pinehurst, NC | Bankruptcy Seminar | Hotel, travel, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 11/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 11/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Account (y) | | | | | | | | | |
| 2. Collegebound Fd 529 Agressive Growth 1996-1998 Alt R | A | Int./Div. | | | Sold | 03/31/18 | L | A | |
| 3. Collegebound 529 #1(H) | | | | | | | | | |
| 4. -Invesaco Collegebound Today Portfolio 1 | A | Int./Div. | L | T | Open | 03/31/18 | L | | |
| 5. Collegebound Fd 529 Aggressive Growth 1999-2001 Alt R | A | Int./Div. | | | Sold | 03/31/18 | L | A | |
| 6. Collegebound 529 #2(H) | | | | | | | | | |
| 7. -Invesco Collegebound Today Portfolio 1 | A | Int./Div. | L | T | Open | 03/31/18 | L | | |
| 8. Wells Fargo Investment Account #5(H) | | | | | | | | | |
| 9. -CD-12 month Deposit | A | Interest | | | Sold | 03/23/18 | J | A | |
| 10. -S&P Midcap Index Fund | A | Dividend | | | Sold | 03/23/18 | J | A | |
| 11. -Russell Smallcap Index Fund | A | Dividend | | | Sold | 03/23/18 | J | A | |
| 12. -Nasdaq 100 Index Fund | A | Dividend | | | Sold | 03/23/18 | J | A | |
| 13. -S&P 500 Index Fund | B | Dividend | | | Sold | 03/23/18 | J | A | |
| 14. -Wells Fargo International Equity Fund | A | Dividend | | | Sold | 03/23/18 | J | A | |
| 15. SunTrust Cash Accounts | A | Interest | L | T | | | | | |
| 16. SunTrust Investment Account #1(H) | | | | | | | | | |
| 17. -SPY ETF | D | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 11/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SunTrust Investment Account #2(H) | | | | | | | | | |
| 19. -SunTrust Fiduciary Master Deposit Account | A | Dividend | K | T | | | | | |
| 20. -Nuveen Limited Term Municipal Bond Fund | A | Dividend | | | Sold | 01/29/18 | J | A | |
| 21. -Virtus Seix FLT RT High Inc Fd | A | Dividend | | | Buy (add'l) | 01/29/18 | J | | |
| 22. | | | | | Sold | 12/24/18 | J | A | |
| 23. -Dodge & Cox Int'l Stock Fund | A | Dividend | | | Sold | 12/24/18 | J | A | |
| 24. -Federated Strategic Value Fund | A | Dividend | | | Sold | 12/24/18 | J | A | |
| 25. -Harbor Capital Appreciation Fund | A | Dividend | | | Sold | 12/24/18 | J | A | |
| 26. -Harbor International Fund | A | Dividend | | | Sold | 01/29/18 | J | A | |
| 27. -iShares Core S&P Small Cap ETF | A | Dividend | J | T | Sold (part) | 01/29/18 | J | A | |
| 28. -iShares Russell Midcap ETF | A | Dividend | J | T | Sold (part) | 01/29/18 | J | A | |
| 29. -Morgan Stanley Frontier Emerging Fund | A | Dividend | | | Sold | 01/29/18 | J | A | |
| 30. -SPDR S&P 500 ETF | A | Dividend | | | Buy (add'l) | 01/29/18 | J | | |
| 31. | | | | | Buy (add'l) | 08/08/18 | J | | |
| 32. | | | | | Sold | 12/24/18 | J | A | |
| 33. -Vanguard FTSE Emerging Fund | A | Dividend | J | T | | | | | |
| 34. -ASG Global Alternatives Fund | A | Dividend | | | Sold | 12/24/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 11/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DFA S-T EXT Quality Fd. | A | Dividend | | | Sold | 12/24/18 | J | A | |
| 36. -ishares core S&P 500 ETF | A | Dividend | K | T | Buy | 12/24/18 | K | | |
| 37. -ishares core MSCI EAFE ETF | A | Dividend | K | T | Buy | 01/29/18 | K | | |
| 38. -ishares DJ Select Div ETF | A | Dividend | J | T | Buy | 12/24/18 | J | | |
| 39. SunTrust Investment Account #3(H) | | | | | | | | | |
| 40. -Federated Government Obligations Trust | A | Dividend | J | T | | | | | |
| 41. -SPDR S&P 500 ETF | A | Dividend | K | T | | | | | |
| 42. SunTrust Investment Account #4(H) | | | | | | | | | |
| 43. -Federated Government Obligations Trust | A | Dividend | J | T | | | | | |
| 44. -SPDR S&P 500 ETF | A | Dividend | K | T | | | | | |
| 45. SunTrust IRA Rollover #3(H) | | | | | | | | | |
| 46. -SunTrust Fiduciary Master Deposit Account | C | Dividend | M | T | | | | | |
| 47. -AAPL Common | A | Dividend | K | T | | | | | |
| 48. -I-shares Core S&P Small Cap ETF | A | Dividend | K | T | Sold (part) | 01/29/18 | M | E | |
| 49. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 50. -I-shares DJ Select Div ETF | C | Dividend | L | T | | | | | |
| 51. -I-shares MSCI EAFE ETF | D | Dividend | M | T | Buy (add'l) | 01/29/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 11/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 05/15/18 | K | | |
| 53. -I-shares Russell Midcap ETF | B | Dividend | L | T | Sold (part) | 01/29/18 | L | D | |
| 54. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 55. -SPDR S&P 500 ETF | D | Dividend | N | T | Buy (add'l) | 05/15/18 | K | | |
| 56. | | | | | Buy (add'l) | 08/08/18 | K | | |
| 57. -Vanguard FTSE Emerging Markets ETF | A | Dividend | L | T | Buy (add'l) | 01/29/18 | J | | |
| 58. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 59. -Virtus Seix FLT RT High Inc Fd. | D | Dividend | M | T | Buy (add'l) | 01/29/18 | J | | |
| 60. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 61. -DFA Int'l Small Co. | A | Dividend | | | Buy | 01/29/18 | K | | |
| 62. | | | | | Buy (add'l) | 05/15/18 | K | | |
| 63. | | | | | Sold | 08/08/18 | K | A | |
| 64. SunTrust IRA Rollover #4(H) | | | | | | | | | |
| 65. -SunTrust Fiduciary Master Deposit Account | A | Dividend | J | T | | | | | |
| 66. -I-shares Core S&P Small Cap ETF | A | Dividend | J | T | Sold (part) | 01/29/18 | K | C | |
| 67. -I-shares DJ Select Div ETF | A | Dividend | J | T | | | | | |
| 68. -I-shares MSCI EAFE ETF | A | Dividend | K | T | Buy (add'l) | 01/29/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 11/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -I-shares Russell Midcap ETF | A | Dividend | J | T | Sold (part) | 01/29/18 | J | | |
| 70. -SPDR S&P 500 ETF | A | Dividend | K | T | Buy (add'l) | 08/08/18 | J | | |
| 71. -Vanguard FTSE Emerging Markets ETF | A | Dividend | J | T | Buy (add'l) | 01/29/18 | J | | |
| 72. -Virtus Seix FLT RT High Inc Fd | A | Dividend | J | T | Buy (add'l) | 01/29/18 | J | | |
| 73. -DFA Int'l Small Co. | A | Dividend | | | Buy | 01/29/18 | J | | |
| 74. | | | | | Sold | 08/08/18 | J | A | |
| 75. SunTrust IRA Rollover #1(H) | | | | | | | | | |
| 76. -SunTrust Fiduciary Master Deposit Account | B | Dividend | L | T | | | | | |
| 77. -Virtus Seix FLT RT High Inc Fd | C | Dividend | L | T | Buy (add'l) | 01/29/18 | K | | |
| 78. -T-Rowe Price ST Bond Fund | A | Dividend | J | T | | | | | |
| 79. -Dodge & Cox Int'l Stock Fund | A | Dividend | K | T | | | | | |
| 80. -Federated Strategic Val DivFund | B | Dividend | K | T | | | | | |
| 81. -Harbor Capital Appreciation Fund | D | Dividend | L | T | | | | | |
| 82. -Harbor International Fund | A | Dividend | | | Sold | 01/29/18 | K | A | |
| 83. -I-shares Core S&P Small Cap ETF | A | Dividend | K | T | Sold (part) | 01/29/18 | L | D | |
| 84. -I-shares Russell Midcap ETF | A | Dividend | K | T | Sold (part) | 01/29/18 | K | B | |
| 85. -Morgan Stanley Frontier Emerging Fund | A | Dividend | | | Sold | 03/29/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 11/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -Oppenheimer Dev. Markets Fund | A | Dividend | K | T | | | | | |
| 87.   -SPDR S&P 500 ETF | B | Dividend | L | T | Buy (add'l) | 01/29/18 | K | | |
| 88. | | | | | Buy (add'l) | 08/08/18 | K | | |
| 89.   -ASG Global Alternatives Fund | A | Dividend | | | Sold | 01/29/18 | K | B | |
| 90.   -Boston Partners Long/Short Fund | B | Dividend | K | T | | | | | |
| 91.   -Vanguard FTSE EM ETF | A | Dividend | K | T | Buy | 01/29/18 | K | | |
| 92.   -I-shares MSCI EAFE ETF | B | Dividend | L | T | Buy | 01/29/18 | L | | |
| 93.   -DFA Int'l. Small Co. | A | Dividend | | | Buy | 01/29/18 | K | | |
| 94. | | | | | Sold | 08/08/18 | K | A | |
| 95.   SunTrust IRA Rollover #2(H) | | | | | | | | | |
| 96.   -SunTrust Fiduciary Master Deposit Account | A | Dividend | K | T | | | | | |
| 97.   -Virtus Seix FLT RT High Inc Fd | A | Dividend | K | T | Buy (add'l) | 01/29/18 | J | | |
| 98.   -T-Rowe Price ST Bond Fund | A | Dividend | J | T | | | | | |
| 99.   -Dodge & Cox Int'l Stock Fund | A | Dividend | J | T | | | | | |
| 100.  -Federated Strategic Val. Div. Fund | A | Dividend | J | T | | | | | |
| 101.  -Harbor Capital Appreciation Fund | B | Dividend | K | T | | | | | |
| 102.  -Harbor International Fund | A | Dividend | | | Sold | 01/29/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 11/15/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -I-shares Core S&P Small Cap ETF | A | Dividend | J | T | Sold (part) | 01/29/18 | K | C | |
| 104.  -I-shares Russell Midcap ETF | A | Dividend | J | T | Sold (part) | 01/29/18 | J | A | |
| 105.  -Morgan Stanley Frontier Emerging Fund | A | Dividend | | | Sold | 03/29/18 | J | A | |
| 106.  -Oppenheimer Dev. Markets Fund | A | Dividend | J | T | | | | | |
| 107.  -SPDR S&P 500 ETF | A | Dividend | K | T | Buy (add'l) | 01/29/18 | J | | |
| 108. | | | | | Buy (add'l) | 08/08/18 | J | | |
| 109.  -ASG Global Alternatives Fund | A | Dividend | | | Sold | 01/29/18 | J | A | |
| 110.  -Boston Partners Long/Short Fund | A | Dividend | J | T | | | | | |
| 111.  -Vanguard FTSE Em Mkt ETF | A | Dividend | J | T | | | | | |
| 112.  -I-shares MSCI EAFE ETF | A | Dividend | K | T | Buy | 01/29/18 | K | | |
| 113.  -DFA Int'l. Small Co. | A | Dividend | | | Buy | 01/29/18 | J | | |
| 114. | | | | | Sold | 08/08/18 | J | A | |
| 115.  SunTrust 401-K (H) | | | | | | | | | |
| 116.  -Vanguard Insitutional Index Fund | A | Dividend | K | T | Sold (part) | 10/15/18 | K | A | |
| 117.  -Vanguard Russell Extended Market Index | A | Dividend | J | T | Buy (add'l) | 10/15/18 | J | | |
| 118.  -Vanguard Total International Stock Index | A | Dividend | J | T | Sold (part) | 10/15/18 | J | A | |
| 119.  -Vanguard Treasury Money Market | A | Dividend | J | T | Buy (add'l) | 10/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 11/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Vanguard Short Term Bond Index | A | Dividend | J | T | Sold (part) | 10/15/18 | J | A | |
| 121.  -Vanguard Russell 1000 Growth | A | Dividend | K | T | Buy | 10/15/18 | K | | |
| 122.  -Vanguard Russell 2000 Growth | A | Dividend | J | T | Buy | 10/15/18 | J | | |
| 123.  Optum HSA Account | A | Interest | J | T | | | | | |
| 124.  SunTrust Deferred Salary Plan | A | Interest | K | T | Open | 04/02/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 11/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Asset previously listed on line 124 of Section VII is not reportable and should not have been listed.

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 11/15/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Benjamin A. Kahn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544